# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Cause No. 4:04CR531 JCH |
| CARLOS WHITEHEAD, | ) ) ) |
| Defendant. | ) |

## **ORDER**

**IT IS HEREBY ORDERED** that L. Steve Goldblatt, 201 S. Central, St. Louis, Missouri 63015, (314) 397-0837, is appointed to represent Juanita Franklin for purposes of her testimony in the trial of the above entitled cause.

Dated this 9th day of May, 2006.

\s\ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE