# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 4:04CR531 JCH |
| ) | |
| CARLOS WHITEHEAD, ) | |
| ) | |
| Defendant. ) | |

## ORDER

**IT IS HEREBY ORDERED** that Steve Welby, 1221 Locust Street, Suite 1000, St. Louis, Missouri 63103 (314) 621-1800, is appointed to represent Defendant Carlos Whiteheadl in this cause of action.

**IT IS FURTHER ORDERED** that upon request the United States District Court Clerk's Office is directed to provide Defendant's newly appointed counsel any documents deemed necessary in preparation for the sentencing on **July 28, 2006**.

Dated this 22nd day of May, 2006.

\s\ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE